IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02484-LTB-BNB

JENNIFER FRANSON,

Plaintiff,

v.

WEST AMERICAN INSURANCE COMPANY, an Indiana corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on **The Parties' Joint Notice of Settlement and Motion to Vacate Deadline/Scheduling Conference** [docket no. 12, filed February 17, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 24, 2009, is **VACATED**.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **March 3, 2009**, or a status report addressing why dismissal has not been accomplished.


DATED: February 18, 2009