**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 08-cv-02484-LTB-BNB

JENNIFER FRANSON,

    Plaintiff,

v.

WEST AMERICAN INSURANCE COMPANY, an Indiana corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER having come before the Court on the Notice and Stipulation to Dismiss (Doc 16 - filed February 24, 2009), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   February 25, 2009